JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL MANO, | CASE NO. 2:13-CV-00851-SVW (CW) |
| Plaintiff, | ORDER REMOVING CASE FROM ACTIVE CASELOAD |
| v. | |
| CITY OF GARDENA, OFFICER TODA, OFFICER YEE, and DOES 1-500, | |
| Defendants. | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 45 days, to request a status conference be scheduled if settlement is not consummated. The Court also VACATES the pretrial conference set for June 17, 2013, and the trial set for June 25, 2013.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: April 17, 2013

THE HON. STEPHEN V. WILSON
United States District Judge